UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| CARLSON, MICHAEL J. | § | Case No. 11-03880 |
| CARLSON, NATALIE A. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/23/2012 in Courtroom 682,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2012                                    By: _____

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARLSON, MICHAEL J. | § | Case No. 11-03880 |
| CARLSON, NATALIE A. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,482.42 |
| and approved disbursements of | $ | 3,783.82 |
| leaving a balance on hand of[1] | $ | 7,698.60 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,520.83 | $ 0.00 | $ 1,520.83 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 2,052.50 | $ 0.00 | $ 2,052.50 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,573.33 |
| Remaining Balance | $ | 4,125.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,240.20 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 8,215.09 | $ 0.00 | $ 961.67 |
| 000002 | CAPITAL ONE, N.A | $ 2,552.04 | $ 0.00 | $ 298.75 |
| 000003 | CHASE BANK USA, N.A. | $ 8,092.84 | $ 0.00 | $ 947.36 |
| 000004 | SALLIE MAE | $ 6,828.44 | $ 0.00 | $ 799.35 |
| 000005 | SALLIE MAE | $ 9,551.79 | $ 0.00 | $ 1,118.14 |

Total to be paid to timely general unsecured creditors    $ 4,125.27

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 11-03880-JBS
Michael J. Carlson                                            Chapter 7
Natalie A. Carlson
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-1            User: cgreen                  Page 1 of 3                  Date Rcvd: Jan 11, 2012
                                Form ID: pdf006               Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2012.
db/jdb        +Michael J. Carlson,   Natalie A. Carlson,    117 Shadywood Lane,
                Elk Grove Village, IL 60007-1801
aty           +Alan D Lasko,   Alan D Lasko & Associates Pc,    29 South Lasalle Street,   Chicago, IL 60603-1522
16746428      +Advocate Lutheran General Hospital,    P.O. Box 73208,    Chicago, IL 60673-7208
16746433      +Alexian Brothers Medical Center,    Lock Box 22589,    22589 Network Place,
                Chicago, IL 60673-1225
16746432      +Alexian Brothers Medical Center,    3040 Salt Creek Ln.,    Arlington Heights, IL 60005-1069
16746430      +Alexian Brothers Medical Center,    800 Biesterfield Rd.,    Elk Grove Village, IL 60007-3396
16746436      +American Airlines Fcu,    P.O. Box 155489,   Fort Worth, TX 76155-0489
16746438      +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
16746439      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16746440      +Block & Associates,   c/o Precion Appliance Repair,    107 Edinburgh South Drive Suite 100,
                Cary, NC 27511-6457
17707389      +Capital One,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
16746442      +Center for Children's Digestive,   701 Biesterfield Road,    Elk Grove Village, IL 60007-3309
16746443      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17721228       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16746444      +Chela,   Attn: Bankruptcy,   Po Box 9500,    Wilkes-Barre, PA 18773-9500
16746446      +Citibank Sd, Na,   Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16746448      +Elk Grove Lab Physicians, P.C.,   Dept. 77-9154,    Chicago, IL 60678-0001
16746449      +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
16746452      +Malcolm S. Gerald & Assoc., Inc.,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
16746457      +Northwest Urological Assoc.,   2101 S. Arlignton Heights Rd.,    Suite 108,
                Arlington Heights, IL 60005-4197
16746458      +RCS,   Po Box 1022,   Wixom, MI 48393-1022
16746460      +Sears/cbsd,   Citicard Cr. Srvs/Cent. Bankr.,   Po Box 20507,    Kansas City, MO 64195-0507
16746459      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
16746461       Torres Credit Srv,   27 Fairview,   Carlisle, PA 17015-3200
16746465      ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
                MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir.,
                Frederick, MD 21701)
16746462      +Wachrl,   Attn: Central Bankruptcy VA 7359,   Po Box 13765,    Roanoke, VA 24037-3765
16746463      +Waste Management,   Attn: Billing Dept.,   1411 Opus Pl. Ste. 400,    Downers Grove, IL 60515-1481
16746464      +Wells Fargo Bank Nv Na,   Andrew J Nelson,   Pierce & Associates,    1 N Dearborn Ste 1300,
                Chicago IL 60602-4373
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17661931       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2012 03:04:08      Discover Bank,
                Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
16746447      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2012 03:04:08      Discover Fin,   Po Box 6103,
                Carol Stream, IL 60197-6103
16746451      +E-mail/PDF: cr-bankruptcy@kohls.com Jan 12 2012 04:41:47      Kohls,   Attn: Recovery Dept,
                Po Box 3120,   Milwaukee, WI 53201-3120
16746456      +E-mail/Text: bankrup@nicor.com Jan 12 2012 01:24:42     Nicor Gas,   P.O. Box 2020,
                Aurora, IL 60507-2020
17830134      +E-mail/PDF: pa_dc_claims@salliemae.com Jan 12 2012 04:43:05      Sallie Mae,   c/o Sallie Mae Inc.,
                220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Frank/Gecker LLP
16746429*     +Advocate Lutheran General Hospital,    P.O. Box 73208,    Chicago, IL 60673-7208
16746434*     +Alexian Brothers Medical Center,    800 Biesterfield Rd.,    Elk Grove Village, IL 60007-3396
16746435*     +Alexian Brothers Medical Center,    800 Biesterfield Rd.,    Elk Grove Village, IL 60007-3396
16746431*     +Alexian Brothers Medical Center,    800 Biesterfield Rd.,    Elk Grove Village, IL 60007-3396
16746437*     +American Airlines Fcu,    P.O. Box 155489,   Fort Worth, TX 76155-0489
16746441*     +Block & Associates,   c/o Precion Appliance Repair,    107 Edinburgh South Drive Suite 100,
                Cary, NC 27511-6457
16746445*     +Chela,   Attn: Bankruptcy,   Po Box 9500,    Wilkes-Barre, PA 18773-9500
16746450*     +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
16746453*     +Malcolm S. Gerald & Assoc., Inc.,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
16746454*     +Malcolm S. Gerald & Assoc., Inc.,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
16746455*     +Malcolm S. Gerald & Assoc., Inc.,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
                                                                                           TOTALS: 1, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: cgreen              Page 2 of 3              Date Rcvd: Jan 11, 2012
                              Form ID: pdf006           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: cgreen              Page 3 of 3              Date Rcvd: Jan 11, 2012
                               Form ID: pdf006           Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2012 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Babak  Bakhtiari    on behalf of Debtor Michael Carlson babakb@atbankruptcy.com, gus@atbankruptcy.com
        Frances  Gecker     fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
        Konstantine T. Sparagis     on behalf of Debtor Michael Carlson gsparagi@yahoo.com, mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietroester@msn.com;gus@bestclientinc.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Toni  Dillon    on behalf of Creditor  Wells Fargo Bank, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
        William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com,   csmith@fgllp.com
        Zane L Zielinski    on behalf of Trustee Frances Gecker zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

                                                                                                                         TOTAL: 8