UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CARLSON, MICHAEL J. | § | Case No. 11-03880 |
| CARLSON, NATALIE A. | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Airlines Fcu P.O. Box 155489 Fort Worth, TX 76155 |  |  |  |  |  |
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 | | | | | |
| | Wells Fargo Home Mortgage 8480 Stagecoach Cir. Frederick, MD 21701 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Lutheran General Hospital P.O. Box 73208 Chicago, IL 60673 | | | | | |
| | Advocate Lutheran General Hospital P.O. Box 73208 Chicago, IL 60673 | | | | | |
| | Alexian Brothers Medical Center 3040 Salt Creek Ln. Arlington Heights, IL 60005 | | | | | |
| | Alexian Brothers Medical Center 800 Biesterfield Rd. Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexian Brothers Medical Center 800 Biesterfield Rd. Elk Grove Village, IL 60007 | | | | | |
| | Alexian Brothers Medical Center 800 Biesterfield Rd. Elk Grove Village, IL 60007 | | | | | |
| | Alexian Brothers Medical Center 800 Biesterfield Rd. Elk Grove Village, IL 60007 | | | | | |
| | Alexian Brothers Medical Center Lock Box 22589 22589 Network Place Chicago, IL 60673 | | | | | |
| | American Airlines Fcu P.O. Box 155489 Fort Worth, TX 76155 | | | | | |
| | American Collections 919 Estes Ct Schaumburg, IL 60193 | | | | | |
| | Block & Associates c/o Precion Appliance Repair 107 Edinburgh South Drive Suite 100 Cary, NC 27511 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Center for Children's Digestive 701 Biesterfield Road Elk Grove Village, IL 60007 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Elk Grove Lab Physicians, P.C. Dept. 77-9154 Chicago, IL 60678 | | | | | |
| | Harris & Harris Ltd 222 Merchandise Mart Plz Chicago, IL 60654 | | | | | |
| | Harris & Harris Ltd 222 Merchandise Mart Plz Chicago, IL 60654 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malcolm S. Gerald & Assoc., Inc. 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | | | | |
| | Malcolm S. Gerald & Assoc., Inc. 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | | | | |
| | Malcolm S. Gerald & Assoc., Inc. 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | | | | |
| | Malcolm S. Gerald & Assoc., Inc. 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | | | | |
| | Nicor Gas P.O. Box 2020 Aurora, IL 60507 | | | | | |
| | Northwest Urological Assoc. 2101 S. Arlignton Heights Rd. Suite 108 Arlington Heights, IL 60005 | | | | | |
| | RCS Po Box 1022 Wixom, MI 48393 | | | | | |
| | Sears/cbsd Citicard Cr. Srvs/Cent. Bankr. Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Torres Credit Srv 27 Fairview Carlisle, PA 17013 | | | | | |
| | Wachrl Attn: Central Bankruptcy VA 7359 Po Box 13765 Roanoke, VA 24037 | | | | | |
| | Waste Management Attn: Billing Dept. 1411 Opus Pl. Ste. 400 Downers Grove, IL 60515 | | | | | |
| 000002 | CAPITAL ONE,N.A | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | SALLIE MAE | | | | | |
| 000005 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-03880 JBS Judge: Jack B. Schmetterer | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | CARLSON, MICHAEL J. | Date Filed (f) or Converted (c): | 01/31/11 (f) |
| | CARLSON, NATALIE A. | 341(a) Meeting Date: | 03/17/11 |
| For Period Ending: 04/09/12 | | Claims Bar Date: | 11/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located at 117 Shadywood Lane, Elk Gro  Debtor Claimed Exemption | 179,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Property located at 803 NW Maynard Road, Cary | 148,500.00 | 34,856.00 | DA | 0.00 | FA |
| 3. Cash on Hand  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with Bank of America  Debtor Claimed Exemption | 86.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account with Bank of America  Debtor Claimed Exemption | 40.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Household Goods  Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Collectibles  Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Clothing  Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Costume Jewelry  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.06

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-03880 | JBS | Judge: Jack B. Schmetterer | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CARLSON, MICHAEL J. | | | | Date Filed (f) or Converted (c): | 01/31/11 (f) |
| | CARLSON, NATALIE A. | | | | 341(a) Meeting Date: | 03/17/11 |
| | | | | | Claims Bar Date: | 11/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Sporting Equipment<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 11. Term-life insurance through Allstate, no cash valu | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Term-life insurance through Allstate, no cash valu | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. IRA with Bank of America<br>Debtor Claimed Exemption | 4,000.00 | 0.00 | | 0.00 | FA |
| 14. 401K<br>Debtor Claimed Exemption | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. Est. Tax Refund<br>Debtor Claimed Exemption | 8,000.00 | 7,708.00 | | 11,482.00 | FA |
| 16. 2007 Honda Accord (40k miles) | 11,900.00 | 0.00 | DA | 0.00 | FA |
| 17. 2001 Jeep Cherokee (103k miles)<br>Debtor Claimed Exemption | 3,425.00 | 0.00 | | 0.00 | FA |
| 18. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.42 | FA |
| TOTALS (Excluding Unknown Values) | $370,076.00 | $42,564.00 | | $11,482.42 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.06

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-03880   JBS   Judge: Jack B. Schmetterer | Trustee Name: | Frances Gecker |
| Case Name: | CARLSON, MICHAEL J. | Date Filed (f) or Converted (c): | 01/31/11 (f) |
| | CARLSON, NATALIE A. | 341(a) Meeting Date: | 03/17/11 |
| | | Claims Bar Date: | 11/09/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/15/11     Current Projected Date of Final Report (TFR): 01/09/12

           /s/    Frances Gecker
_____ Date: 04/09/12
           FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03880 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | CARLSON, MICHAEL J. | | Bank Name: | BANK OF AMERICA |
| | CARLSON, NATALIE A. | | Account Number / CD #: | *******5537  MONEY MARKET |
| Taxpayer ID No: | *******9065 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/11 | 15 | Bank of America<br>Michael J. Carlson &<br>Natalie A. Carlson | TAX REFUNDS<br><br>Memo Amount:          11,482.00<br>TAX REFUNDS<br>Memo Amount:      (      3,774.00 )<br>Debtor's Exemption | 1124-000<br><br><br>8100-000 | 7,708.00 | | 7,708.00 |
| 06/30/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 7,708.04 |
| 07/29/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,708.10 |
| 08/31/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,708.17 |
| 09/30/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,708.23 |
| 10/31/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,708.30 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.82 | 7,698.48 |
| 11/30/11 | 18 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,698.54 |
| 12/29/11 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,698.60 |
| 12/29/11 | | Transfer to Acct #*******2582 | Bank Funds Transfer | 9999-000 | | 7,698.60 | 0.00 |

Page Subtotals       7,708.42       7,708.42

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03880 -JBS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | CARLSON, MICHAEL J. | | Bank Name: | BANK OF AMERICA |
| | CARLSON, NATALIE A. | | Account Number / CD #: | *******5537 MONEY MARKET |
| Taxpayer ID No: | *******9065 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 11,482.00 | COLUMN TOTALS | | 7,708.42 | 7,708.42 | 0.00 |
| | | Memo Allocation Disbursements: 3,774.00 | Less: Bank Transfers/CD's | | 0.00 | 7,698.60 | |
| | | | Subtotal | | 7,708.42 | 9.82 | |
| | | Memo Allocation Net: 7,708.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,708.42 | 9.82 | |

Page Subtotals     0.00     0.00

Ver: 16.06

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-03880 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | CARLSON, MICHAEL J. | Bank Name: | Congressional Bank |
| | CARLSON, NATALIE A. | Account Number / CD #: | *******2582 GENERAL CHECKING |
| Taxpayer ID No: | *******9065 | | |
| For Period Ending: | 04/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5537 | Bank Funds Transfer | 9999-000 | 7,698.60 | | 7,698.60 |
| 02/24/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,520.83 | 6,177.77 |
| 02/24/12 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,052.50 | 4,125.27 |
| 02/24/12 | 001002 | DISCOVER BANK<br>DISCOVER PRODUCTS INC.<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 11.71% | 7100-000 | | 961.67 | 3,163.60 |
| 02/24/12 | 001003 | CAPITAL ONE,N.A<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P O BOX 740933<br>DALLAS,TX 75374 | Claim 000002, Payment 11.71% | 7100-000 | | 298.75 | 2,864.85 |
| 02/24/12 | 001004 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 11.71% | 7100-000 | | 947.36 | 1,917.49 |
| 02/24/12 | 001005 | SALLIE MAE | Claim 000004, Payment 11.71% | 7100-000 | | 799.35 | 1,118.14 |

Page Subtotals  7,698.60  6,580.46

Ver: 16.06

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03880 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | CARLSON, MICHAEL J. | | Bank Name: | Congressional Bank |
| | CARLSON, NATALIE A. | | Account Number / CD #: | *******2582 GENERAL CHECKING |
| Taxpayer ID No: | *******9065 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O SALLIE MAE INC. 220 LASLEY AVE. WILKES-BARRE, PA 18706 | | | | | |
| 02/24/12 | 001006 | SALLIE MAE C/O SALLIE MAE INC. 220 LASLEY AVE. WILKES-BARRE, PA 18706 | Claim 000005, Payment 11.71% | 7100-000 | | 1,118.14 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,698.60 | 7,698.60 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,698.60 | 0.00 | |
| | | Subtotal | 0.00 | 7,698.60 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 7,698.60 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 11,482.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 3,774.00 | MONEY MARKET - ********5537 | 7,708.42 | 9.82 | 0.00 |
| | | GENERAL CHECKING - ********2582 | 0.00 | 7,698.60 | 0.00 |
| Total Memo Allocation Net: | 7,708.00 | | 7,708.42 | 7,708.42 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Page Subtotals   0.00   1,118.14

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-03880 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | CARLSON, MICHAEL J. | | Bank Name: | Congressional Bank |
| | CARLSON, NATALIE A. | | Account Number / CD #: | *******2582  GENERAL CHECKING |
| Taxpayer ID No: | *******9065 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ Frances Gecker    Date: 04/09/12
FRANCES GECKER

|  | Page Subtotals | 0.00 | 0.00 |

Ver: 16.06

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*